THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ARTHUR J. FUNDER, Defendant-Appellant.

(No. 72-342; )

Second District—August 6, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

David E. Bruun, of Elmhurst, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.